JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA V B  HERNANDEZ<br><br>      Plaintiff,<br><br>      v.<br><br>WALMART SUPERCENTER, a California Corporation; WALMART INC., a California Corporation; and DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No. 2:25-cv-09999-SVW-SSC<br><br>~~[PROPOSED]~~ **ORDER RE: STIPULATION OF DISMISSAL [FRCP 41(A)]** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,

/ / /

/ / /

- 1 -

**ORDER RE: STIPULATION OF DISMISSAL [FRCP 41(A)]**

and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED:  February 12, 2026

By: _____
HON. STEPHEN V. WILSON

- 2 -

ORDER RE: STIPULATION OF DISMISSAL [FRCP 41(A)]